Ronald Earl Geiger
c/o Prisoner No. 13282-006
U.S. Penitentiary Victorville
P.O. Box 5500
Adelanto, California 92301

FILED
DEC 30 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
Deputy

## UNITED STATES DISTRICT COURT

### DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | Case No. A96-0108 CR (JWS) |
|---|---|
| vs. | NOTICE OF APPEAL |
| RONALD EARL GEIGER, | |
| Defendant. | Judge: John W. Sedwick |

**COMES NOW:** Ronald Earl Geiger, the "Defendant" in the above captioned action and appeals District Court Judge John W. Sedwick's knowing, intentional and wilful mischaracterization and recharacterization of Defendant's claims made in Defendant's November 9, 2005 (see footnote 1), motion under Rule 60(b)(4), Federal Rules of Civil Procedure (FRCP), claiming that the Court's judgement of July 10, 2003, filed at Docket No. 308, is a legal nulity and void for lack of magistrate judge jurisdiction. Defendant then moved the Court to void it's judgement and all subsequent orders and allow Defendant to relitigate his 28 U.S.C.§ 2255 Motion before an Article III Judge without (the) interference of a magistrate judge, nunc pro tunc, September 17, 2002, when the case was referred to a magistrate judge without Defendant's consent.

### QUESTIONS AND ISSUES FOR APPEAL

1. Whether District Court Judge John W. Sedwick mischaracterized and recharacterized Defendant's claims to state an entirely different, meritless and frivolous claim?

2. Whether District Court Judge John W. Sedwick ignored and failed to address Defendant's actual claims?

(1)

3. Whether a district court judge has authority (jurisdiction) to refer a criminal case to a magistrate judge without the defendant's consent?

4. Whether a district court judge has authority (jurisdiction) to refer a falony criminal case to a magistrate judge under any circumstance?

5. Whether a magistrate judge has authority (jurisdiction) to conduct proceedings in a felony criminal case without defendant's consent?

6. Whether a magistrate judge has authority (jurisdiction) to conduct felony criminal proceedings under any circumstance?

7. Whether a magistrate judge has authority to exercise the judicial power of the United States?

Date: December 24, 2005

Respectfully Submitted,

*Ronald Earl Geiger*

Ronald Earl Geiger

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above Notice of Appeal was mailed, first class, U.S. Mail, to the United States Attorney, as 222 West 7th Ave., Mail Box 9, Room 253, Anchorage, Alaska 99513, on December 24, 2005.

*Ronald Earl Geiger*

Ronald Earl Geiger

copies also sent to:

Original and two copies to district court

copy to Ninth Circuit Court of Appeals

A96-0108--CR (JWS)
R. GEIGER
S. SKROCKI (US ATTY)
US MARSHAL

JUDGE SEDWICK
9CCA

1-4-06

(2)