Ronald Earl Geiger
c/o Prisoner No. 13282-006
U.S. Penitentiary Victorville
P.O. Box 5500
Adelanto, California 92301

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | Case No. A96-0108 CR (JWS) |
|---|---|
| Plaintiff, | NOTICE OF ERRATUM |
| vs. | |
| RONALD EARL GEIGER, | |
| Defendant. | Judge: John W. Sedwick |

**COMES NOW:** Ronald Earl Geiger, the "Defendant" in the above captioned action and gives this Court Notice of Erratum, and states that Footnote 1 was inadevertantly ommitted from Defendant's "Notice of Appeal" filed on December 24, 2005. This Notice of Erratum should be attached showing Footnote 1 to provide the following:

### FOOTNOTE 1

Defendant filed his Motion under Rule 60(b)(4), Federal Rules of Civil Procedure, by placing it in the prison's "Legal Mailbox" on November 9, 2005. A prisoner's motions are deemed filed on the date the motion is placed in the prison's "Legal Mailbox" as opposed to the date of its receipt or filing by the clerk of court. See, e.g., Houston v. Lack, 487 U.S. 266 (1988); Cauldwell v. Amend, 30 F.3d 1199 (9th Cir. 1999); Dils v. Small, 260 F.3d 984 (9th Cir. 2001).

Respectfully Submitted,

Date: December 27, 200

*Ronald Earl Geiger*
Ronald Earl Geiger

### CERTIFICATE OF SERVICE

I hereby certify that an original and two copies of the above Notice of Erratum was mailed, first class, U.S. Mail, to the United States District Court for the District of Alaska, at 222 W.7th Ave., #4, Anchorage, Alaska 99513-7564, and a single copy was mailed, first class, U.S. Mail, to the United States Attorney, at 222 West 7th Avenue, Mail Box 9, Room 253, Anchorage, Alaska 99513, on December 27, 2005.

*Ronald Earl Geiger*
Ronald Earl Geiger