```
        UNITED STATES
        DISTRICT COURT
        District of Alaska
        Anchorage Division

      # 00127414 - SF
      January 12, 2006

Code     Case #      Qty      Amount

086900-F 96-0108CR            255.00 CK


         TOTAL→             255.00


FROM: RONALD EARL GEIGER
      APPEAL FILING FEE
      A96-0108CR(JWS)
```