UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
NOTICE OF APPEAL NOTIFICATION FORM
Please Fill Out Completely

RECEIVED
JAN 20 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

06-35032

**CASE INFORMATION:**
Short Case Title: USA vs. GEIGER
Court of Appeals No. (leave blank if unassigned):
U.S. District Court Judge Name and Case No.: JOHN W. SEDWICK - A96-0108 CR (JWS)
Date Complaint/Indictment/Petition Filed: 12/18/96
Date Appealed Order/Judgment *entered*: 12/13/05
Date NOA *filed*: 12/30/05
COA Status (check one):
__granted in full (attach order)    __denied in full (send record)
__granted in part (send record)    __pending

Court Reporter(s) Name and Phone Number: _

Magistrate Judge's Order? If so, please attach.

**FEE INFORMATION:**
Date Docket Fee paid: _          Date Docket Fee billed: _
Date FP granted: _               Date FP denied: _
Is FP pending? __yes/no          Was FP Limited/Revoked?
US Government Appeal?  No yes/no
Companion Cases? Please list: _

Please attach copy of any order granting, denying or revoking FP.

**COUNSEL INFORMATION:** (please include e-mail address and fax number)
Appellate Counsel:                Appellee Counsel:
Ronald E. Geiger                  Steven Skrocki
13282-006: Legal Mail             U.S. Attorney's Office
P.O. Box 5500                     222 W. 7th Ave., #9
Adelanto, CA  92301               Anchorage, AK  99513

__retained  __CJA  __FPD  __FPD  X Pro Per    Please attach Appointment Order.

**DEFENDANT INFORMATION:**
Prisoner ID: _           Address: _
Custody: _
Bail: _

**AMENDED NOTIFICATION INFORMATION:**
Fees Paid: _        9th Circuit Docket Number: _

Name and phone number of person completing this form: Linda Christensen - 907-677-6104