MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

*UNITED STATES OF AMERICA* v. *RONALD EARL GEIGER*

THE HONORABLE JOHN W. SEDWICK			CASE NO. 3:96-cr-00108-JWS

PROCEEDINGS:   **ORDER FROM CHAMBERS**			Date: February 8, 2006

---

    Ronald Earl Gieiger has appealed to the Court of Appeals from this court's dismissal of his motion for relief from his conviction. Geiger purported to make that motion pursuant to FED. R. CIV. P. 60(b) to avoid the successive petition problem he would have encounterd had he filed another motion pursuant to 28 U.S.C. § 2255. This court did consider the merits of his motion and found it to be without merit.

    It appears that the Court of Appeals has characterized Gieger's motion as one seeking relief pursuant to 28 U.S.C. § 2255, and therefore asks whether this court would grant a certificate of appealability. This court denies a certificate of appealability, because to the extent that the motion Geiger filed in this court is characterized as a motion for relief pursuant to 28 U.S.C. § 2255, (which is a fair characterization), Geiger has not made a substantial showing of the denial of a constitutional right. Indeed, all of Geiger's efforts to have his conviction and life sentence set aside have been consistently without merit.

    Certificate of Appealability **DENIED**.

---