UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 0 8 2006

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> RONALD EARL GEIGER, <br><br> Defendant - Appellant. | No. 06-35032 <br><br> D.C. Nos. CV-02-00223-JWS/JDR <br> CR-96-00108-JWS/JDR <br> District of Alaska, Anchorage <br><br> ORDER |

RECEIVED
FEB 1 3 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Before: Peter L. Shaw, Appellate Commissioner

The district court has not issued or declined to issue a certificate of appealability in this appeal, which appears to arise under 28 U.S.C. § 2255. Accordingly, pursuant to circuit court policy, this case is remanded to the district court for the limited purpose of granting or denying a certificate of appealability at the court's earliest convenience. *See* 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b); *United States v. Asrar,* 116 F.3d 1268, 1270 (9th Cir. 1997).

If the district court issues a certificate of appealability, the court should specify which issue or issues meet the required showing. *See* 28 U.S.C. § 1153(c)(3); *Asrar,* 116 F.3d at 1270. Under *Asrar,* if the district court declines to issue a certificate, the court should state its reasons why a certificate of

S:\PROSE\Cmshords\2006\2.06\06-35032co.wpd

06-35032

appealability should not be granted, and the clerk of the district court shall forward to this court the record with the order denying the certificate. *See Asrar*, 116 F.3d 1270.

A new briefing schedule will be established after of the certificate of appealability issue is resolved. The Clerk shall serve this order directly on the district court judge by fax to chambers.

*Peter L. Shaw*
General Order 6.3(e)