UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
RECORD TRANSMITTAL FORM

Date: 2/17/06

To: United States Court of Appeals  ATTN: ( ) CIVIL
    For the Ninth Circuit
    Office of the Clerk   (XX) CRIMINAL
    95 Seventh Street
    San Francisco, California 94103   ( )JUDGE

From: Linda Christensen
    U.S. District Court
    222 W. 7th Ave., #4
    Anchorage, AK 99513

DC No: 3:96-cr-00108-JWS   Appeal No: 06-35023

Short title: USA vs. GEIGER

Composition of Record

Clerk's Files in 1 (Vol. II) volumes  (XX) original  ( ) certified copy

    Bulky docs. _____ volumes, docket # _____
                      (folders)

Reporter's in _____ volumes  ( ) original  ( )certified copy
Transcripts

Exhibits:  in _____ envelopes  ( ) under seal

        in _____ boxes  ( ) under seal

Other: **NOTE: Documents 332-338 are electronic and available through PACER**
(certified copy of ACMS and ECF dockets enclosed

Acknowledgement: _____  Date: _____
"record.app" [11/21/97]