# Bomb case headed for federal court

## 5 charges filed in slaying

**By S.J. KOMARNITSKY**
Daily News reporter

A man whose confession in a Wasilla murder case was ruled inadmissible in state court will instead be tried on federal charges, prosecutors announced Wednesday.

Ron Geiger, 60, has been charged with five felony counts in connection with the death of Robert "Hank" Dawson, including illegally making a bomb, possessing a bomb and using it to commit a violent crime, U.S. Attorney Robert Bundy said.

Dawson, 50, was killed in October 1993 when his truck blew up as he drove through the gates of Alcantra National Guard Armory where he worked.

Geiger was later arrested and admitted in an interview with Alaska State Troopers that Jim Wheeler, a neighbor



Ron Geiger is being held at Mat-Su Pre-Trial Facility in Palmer.

of Dawson's, had paid him to plant the bomb, prosecutors said.

Wheeler, 65, who prosecutors said was in love with Dawson's wife, was convicted of first-degree murder and sentenced last year to 99 years in prison.

Geiger's trial on first-degree murder charges was scheduled to start next year, but those charges probably will be dropped now that the

Please see Page B-3, GEIGER

## GEIGER:

Continued from Page B-1

U.S. attorney has taken up the case, Anchorage District Attorney Ken Goldman said. He said he asked federal prosecutors to step in because he had only circumstantial evidence without Geiger's confession.

"I had a lot of miscellaneous items," Goldman said Wednesday, such as Geiger's former girlfriend who testified at Wheeler's trial that she saw Geiger talking to Wheeler on the phone about explosives, and a

## Bombing case is headed for a federal courtroom

man who said he saw Geiger make a large purchase with hundred dollar bills the day after the explosion.

Without the confession, the facts meant little, Goldman said. Both could easily be explained by the fact the two men were mining partners.

Superior Court Judge Beverly Cutler threw out Geiger's confession because Alaska State Troopers did not tape the first 95 minutes of a 2 1/2-hour interview with him.

Alaska law requires that officers tape record interrogations of people who are in police custody.

In this state, the officers may use a hidden tape recorder, as long as the suspect is aware he is speaking to police.

Geiger, however, was interviewed by Alaska State Troopers while in custody in Washington state, where police must ask the suspect's permission to record, Goldman said.

Goldman argued before Judge Cutler that the troopers were in a unique position. They didn't want Geiger to clam up so they followed Washington law and didn't tape him for the first hour and half. Then they brought out a cassette tape recorder and turned it on for the rest of the interview.

But Cutler said she had no choice but to rule the confession inadmissible.

Goldman said he started talking to federal prosecutors in December after the Alaska Supreme Court refused to review Cutler's decision.

Under federal law there is no requirement that an interview be fully taped, Bundy said.

In addition to the bomb charges, Geiger is charged in U.S. District Court with maliciously destroying Dawson's truck and using interstate commerce facilities — a telephone — in connection with a murder-for-hire.

Geiger currently is being held at Mat-Su Pre-Trial Facility in Palmer. He is scheduled to be arraigned within the week, Bundy said.

RECEIVED Anchorage Daily News
JUN 30 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Thursday, December 19, 1996  B-3

EXHIBIT "A"