**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUN 23 2006

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 06-35032 |
|---|---|
| Plaintiff - Appellee, | D.C. Nos. CV-02-00223-JWS |
| | CR-96-00108-JWS |
| v. | District of Alaska, |
| | Anchorage |
| RONALD EARL GEIGER, | |
| Defendant - Appellant. | ORDER |

RECEIVED

JUL 0 3 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Before: SILVERMAN and PAEZ, Circuit Judges.

The request for a certificate of appealability is denied. *See* 28 U.S.C. § 2253(c)(2).

If petitioner wishes to file a second or successive 28 U.S.C. § 2255 petition in the district court, petitioner must first move this court for an order authorizing the district court to consider that petition. *See* 28 U.S.C. § 2244(b)(3).

No motions for reconsideration, modification, or clarification of this order shall be filed or entertained.

RESEARCH

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

JUN 2 3 2006

by
Deputy Clerk