# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

<u>     UNITED STATES OF AMERICA     </u>   v.   <u>     RONALD EARL GEIGER     </u>

THE HONORABLE JOHN W. SEDWICK        CASE NO.   <u> 3:96-cr-00108-JWS </u>

<u>Deputy Clerk</u>                              <u>Official Recorder</u>

<u>  Pam Richter           </u>              <u>                        </u>

APPEARANCES:   for PLAINTIFF:   ----

               for DEFENDANT:   ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

Defendant Geiger who has previously attacked his conviction pursuant to 28 U.S.C. 2255 has filed a motion at docket 340 attacking his conviction and purporting to rely on Fed. R. Civ. P. 12(b)(1), 12(h)(3) and 60(b)(4). Upon examination, it is obvious that Geiger's motion at docket 340 is in reality a second or successive motion for relief pursuant to 28 U.S.C. 2255. Geiger may not file such a claim for relief in this court unless he first seeks and obtains leave to file a second or successive petition in the Court of Appeals. 28 U.S.C. 2255.

Geiger is a contract killer who is serving a life sentence. He should consider doing something with the time on his hands that is more productive than filing repeated attacks on his conviction, for they are doomed to fail.

DATE: <u> July 5, 2006  </u>

                                      ENTERED AT JUDGE'S DIRECTION
                                            INITIALS:<u> prr </u>
                                                   Deputy Clerk

[FORMS*IA*]