June 29, 2006

# DISTRICT COUNT RECORD RETURN FORM

## U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT
## 95 SEVENTH STREET
## SAN FRANCISCO, CALIFORNIA 94103
### (415) 556-9920

RECEIVED
JUL 0 7 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

**District Court/Agency:** USDC Alaska (Anchorage)
**Lower Court Number:** ~~CV-02-00223-JWS/JDR~~ A96-108 CR JWS
**Appeal Number:** 06-35032
**Short Title:** USA v. Geiger

**Volumes**

| | | | | | | |
|---|---|---|---|---|---|---|
| **Clerk's Records in:** 1 | | 0 | **Certified Copy(ies)** | | | |
| **Reporters Transcripts in:** 0 | | 0 | **Certified Copy(ies)** | | | |
| **Exhibits in:** 0 **Envelopes** | | 0 | **Under Seal** | | | |
| 0 **Boxes** | | 0 | **Under Seal** | | | |
| 0 **Volumes** **Volume** 0 **of record** 0 **Under Seal** | | | | | | |

**State Lodged Docs in:** 0 **Envelopes** 0 **Expandos** 0 **Folders** 0 **Boxes**
0 **Other**

**Bulky Documents in:** 0 **Envelopes** 0 **Expandos** 0 **Folders** 0 **Boxes**
0 **Other**

**Other:**

Case not closed out, we may need record back if checked here: _____

Note:
THE FOLLOWING ITEMS ARE MISSING AND A SEARCH HAS BEEN PLACED.
ALL MISSING ITEMS WILL BE RETURNED AS SOON AS THEY ARE LOCATED.