RECEIVED

# Inmate Statement

| | | | | |
|---|---|---|---|---|
| Inmate Reg #: | 13282006 | | Current Institution: | Victorville FCI |
| Inmate Name: | GEIGER, RONALD | | Housing Unit: | 4 A |
| Report Date: | 07/11/2006 | | Living Quarters: | A41-124L |
| Report Time: | 4:31:41 PM | | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| VIM | 6/14/2006 6:16:55 PM | 14 | | | Sales | ($0.75) | | $0.00 |
| VIM | 6/14/2006 6:16:04 PM | 13 | | | Sales | ($6.80) | | $0.75 |
| VIM | 6/7/2006 5:54:47 PM | 23 | | | Sales | ($19.25) | | $7.55 |
| VIM | 5/31/2006 5:43:39 PM | 56 | | | Sales | ($11.75) | | $26.80 |
| VIM | 5/17/2006 5:40:16 PM | 71 | | | Sales | ($27.45) | | $38.55 |
| VIM | 5/10/2006 6:23:45 PM | 69 | | | Sales | ($26.65) | | $66.00 |
| VIM | 5/3/2006 5:50:38 PM | 49 | | | Sales | ($18.40) | | $92.65 |
| VIM | 4/26/2006 5:37:45 PM | 55 | | | Sales | ($32.00) | | $111.05 |
| VIM | 4/22/2006 9:37:45 AM | ITS0422 | | | Phone Withdrawal | ($10.00) | | $143.05 |
| VIM | 4/19/2006 5:52:48 PM | 25 | | | Sales | ($36.05) | | $153.05 |
| VIM | 4/10/2006 10:49:51 AM | FIPP0306 | | | Payroll - IPP | $5.25 | | $189.10 |
| VIM | 4/5/2006 6:06:45 PM | 16 | | | Sales | ($27.80) | | $183.85 |
| VIM | 3/22/2006 6:00:47 PM | 106 | | | Sales | ($38.90) | | $211.65 |
| VIM | 3/21/2006 5:05:27 AM | 70153801 | | | Lockbox - CD | $250.00 | | $250.55 |
| VIM | 3/16/2006 8:13:08 PM | ITS0316 | | | Phone Withdrawal | ($2.00) | | $0.55 |
| VIM | 2/8/2006 5:31:29 PM | 8 | | | Sales | ($24.50) | | $2.55 |
| VIM | 1/25/2006 5:12:37 PM | 71 | | | Sales | ($5.60) | | $27.05 |
| VIM | 1/18/2006 5:24:24 PM | 161 | | | Sales | ($21.60) | | $32.65 |
| VIM | 1/11/2006 5:14:54 PM | 26 | | | Sales | ($33.55) | | $54.25 |
| VIM | 12/21/2005 5:28:10 PM | 148 | | | Sales | ($4.45) | | $87.80 |
| VIM | 12/7/2005 6:16:22 PM | 22 | | | Sales | ($34.80) | | $92.25 |
| VIM | 11/22/2005 5:54:41 PM | 26 | | | Sales | ($23.65) | | $127.05 |
| VIM | 11/16/2005 7:06:39 PM | 53 | | | Sales | ($8.10) | | $150.70 |
| VIM | 11/9/2005 6:16:57 PM | 87 | | | Sales | ($34.20) | | $158.80 |
| VIM | 10/28/2005 6:47:13 AM | 15 | | | Sales | ($20.20) | | $193.00 |
| VIM | 10/14/2005 7:12:42 AM | 27 | | | Sales | ($22.80) | | $213.20 |
| VIM | 10/7/2005 7:09:20 AM | 17 | | | Sales | ($37.15) | | $236.00 |

1

Total Transactions: 27

Totals:   ($273.15)   $0.00

## Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| VIM | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Totals: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

AUTHORIZED BY THE ACT OF JULY 7, 1955, TO ADMINISTER OATHS (18 USC 4004)