IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>RONALD EARL GEIGER,<br><br>    Defendant. | Case No. 3:96-cr-00108-JWS<br><br>ORDER DENYING<br>APPLICATION TO PROCEED<br><u>WITHOUT PREPAYMENT OF FEES</u> |

Ronald Earl Geiger, representing himself, has filed a notice of appeal, and an application to proceed without prepayment of fees.[1] Because Mr. Geiger did not proceed without prepayment of fees in his district court action, under Federal Rule of Appellate Procedure 24(a)(3), he must apply to waive the $455.00 filing fee on appeal.

In order to grant Mr. Geiger's application, the appeal must be taken in good faith under 28 U.S.C. § 1915(a)(3). In this case, as Mr. Geiger is well aware, he

---

[1] *See* Docket No. 344, 345.

must obtain permission from the Court of Appeals for the Ninth Circuit before this Court may consider his successive motion under 28 U.S.C. § 2255.[2]

**IT IS HEREBY ORDERED** that:

Mr. Geiger's application to waive the filing fee on appeal, at docket number 345, is DENIED. Mr. Geiger must send, to this Court, the applicable appellate court filing fee of $455.00, on or before **September 1, 2006**.

DATED this 26th day of July, 2006, at Anchorage, Alaska.

/s/JOHN   W.   SEDWICK
United States District Judge

---

[2] *See* Docket No. 341 (June 23, 2006, Order or the Court of Appeals for the Ninth Circuit) ("If petitioner wishes to file a second or successive 28 U.S.C. § 2255 petition in the district court, petitioner must first move this court for an order authorizing the district court to consider that petition. *See* 28 U.S.C. § 2244(b)(3). No motions for reconsideration, modification or clarification of this order shall be filed or entertained.").