MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

*UNITED STATES OF AMERICA*   v.   *RONALD EARL GEIGER*

THE HONORABLE JOHN W. SEDWICK                    CASE NO. 3:96-cr-00108-JWS

PROCEEDINGS:   **ORDER FROM CHAMBERS**            Date: November 16, 2006

    This order is entered in response to the order from the Circuit Court regarding a certificate of appealability.

    This court declines to issue a certificate of appealability. Petitioner Geiger's section 2255 motion is a successive petition. He cannot proceed without first obtaining permission from the Court of Appeals. He has not done so. This appeal is frivolous. Petitioner is serving a life sentence. He has repeatedly sought to alter the outcome of his trial and his unsuccessful appeal of his conviction and sentence.