UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
NOV 15 2006
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> RONALD EARL GEIGER, <br><br> Defendant - Appellant. | No. 06-35916 <br><br> D.C. Nos. CV-02-02233-A-JWS <br> CR-96-00108-A-JWS <br> District of Alaska, <br> Anchorage <br><br> ORDER |

RECEIVED
NOV 20 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

Before: Peter L. Shaw, Appellate Commissioner

The district court has not issued or declined to issue a certificate of appealability in this appeal, which appears to arise under 28 U.S.C. § 2255. Accordingly, pursuant to circuit court policy, this case is remanded to the district court for the limited purpose of granting or denying a certificate of appealability at the court's earliest convenience. *See* 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b); *United States v. Asrar,* 116 F.3d 1268, 1270 (9th Cir. 1997); *Lynch v. Blodgett,* 999 F.2d 401 (9th Cir. 1993).

If the district court issues a certificate of appealability, the court should specify which issue or issues meet the required showing. *See* 28 U.S.C. § 1153(c)(3); *Asrar,* 116 F.3d at 1270. Under *Asrar,* if the district court declines

S:\PROSE\Cmshords\2006\11.06\06-35916co.wpd

06-35916

to issue a certificate, the court should state its reasons why a certificate of appealability should not be granted, and the clerk of the district court shall forward to this court the record with the order denying the certificate. *See Asrar*, 116 F.3d 1270.

  A new briefing schedule will be established after the certificate of appealability issue is resolved. The Clerk shall serve this order directly on the district court judge by fax to chambers.

*Peter L. Shaw*
General Order 6.3(e)