UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
RECORD TRANSMITTAL FORM

Date: November 27, 2006

To: United States Court of Appeals                ATTN: ( ) CIVIL
    For the Ninth Circuit
    Office of the Clerk                                       (x) CRIMINAL
    95 Seventh Street
    San Francisco, California 94103                  ( ) JUDGE

From: Elisa Singleton

DC No: 3:96-00108-JWS                                Appeal No: 06-35916

Short title: USA v. Geiger

Composition of Record

Clerk's Files in   11   volumes          (X) original    ( ) certified copy

    Bulky docs.   3   volumes, docket #  317, 233, 298
                    (folders)

Reporter's in  5  volumes   (X) original   ( ) certified copy
Transcripts (dkt 240-241, 152, 183, 184-198)

Exhibits:   in   1   envelopes   ( ) under seal

        in _____ boxes   ( ) under seal

Other:   Under seal file consisting of dkts 16, 24, 61, 95, 96, 88, 89, 98, 99, 105, 106, 109, 125, 126, 127, 129-134, 145-148, 154, 272, and 289

(please note any documents filed under seal)

Acknowledgement:   Elisa Singleton        Date:   November 27, 2006

"record.app" [11/21/97]