**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

DEC 21 2006

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 06-35916 |
|---|---|
| Plaintiff - Appellee, | D.C. No. CV-02-00223-JWS |
| v. | CR-96-00108-JWS |
| RONALD EARL GEIGER, | Alaska (Anchorage) |
| Defendant - Appellant. | ORDER |

RECEIVED
DEC 2 6 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Before: McKEOWN and FISHER, Circuit Judges.

The request for a certificate of appealability is denied. *See* 28 U.S.C. §§ 2244(b)(3), 2253(c)(2). All pending motions and requests are denied.

No motions for reconsideration, modification, or clarification of this order shall be filed or entertained.

RESEARCH

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

DEC 21 2006

by: 
Deputy Clerk